THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW NOLAN, Appellant, v. WILLIAM E. SNYDER, as Acting Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for reargument denied. If relief is to be obtained it must come from the Executive Department of the Government. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of the BANK OF RICHMONDVILLE and JOHN D. HOLMES, as Surviving Executors, etc., of WILLIAM E. LEWIS, Deceased, Petitioners, for a Review of a Determination under Article 16 of the Tax Law of MARK GRAVES and Others, as and Constituting the STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL M. COWAN, Relator, v. MARK GRAVES and Others, Constituting the STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JAMES H. JOHNSON, Appellant, against T. E. R. A. MONROE COUNTY EMERGENCY WORK BUREAU and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. ROCHESTER SAVINGS BANK, MARVIN HOWK & GLOBE INDEMNITY CO., THE JOHN HANCOCK LIFE INSURANCE COMPANY, THE CHRYSLER CORPORATION and Another, in Matter of Consolidation.— Motion denied, without costs. Motion for consolidation of actions denied. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of CHARLOTTE DOYLE, Respondent, against CENTURY CIRCUIT, INC., and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JOHN H. SHADES, Respondent, against MCCLOSKEY & Co. and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of WILLIAM NYLANDER, Respondent, against GEORGE L. HILT CO., INC., and GLOBE INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JOHN ROSKY, Respondent, against CADILLAC MOTOR CAR CO. and ROYAL INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.